**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brittany Green, | No. CV-08-447-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Stephanie Hurst, | |
| Defendant. | |

Defendant has filed a motion to file summary judgment documents under seal. Dkt.#50. Because the documents at issue contain Plaintiff's sensitive medical and personal information (*see* Dkt. ##51, 52), compelling reasons exist to seal the documents. *See San Jose Mercury News, Inc. v. U.S. Dist. Ct.*, 187 F.3d 1096, 1102 (9th Cir. 1999).

**IT IS ORDERED:**

1. Defendant's motion to file documents under seal (Dkt. #50) is **granted**.
2. The Clerk is directed to file the lodged documents (Dkt. ##51, 52) under seal.

DATED this 24th day of June, 2009.

_____
David G. Campbell
United States District Judge